**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------- x

NAMEL NORRIS,

Plaintiff,

v.

STELLA'S PIZZA OF NY INC. and 108-110 9TH PARTNERS LLC,

Defendants.

----------------------------------- x

ORDER

25-cv-9092 (GBD)

GEORGE B. DANIELS, District Judge:

This action was commenced on November 3, 2025. Defendants were served on December 5, 2025, and have yet to enter an appearance. Within thirty (30) days of the date of this Order, Plaintiff shall move for default judgment or file a letter informing the Court of the status of this action; otherwise this Court will dismiss the action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Dated: SEP 30 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge